Edwin C. Morsch, Respondent, v. Morris S. Schoenbaum, Appellant, and Another, Respondent.— Motion denied on condition that appellant perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Julius Moskin, Respondent, v. Frederick F. Lyden and Others, Defendants, Impleaded with William A. Paine and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Margaret O'Hanlon, Respondent, v. Carlhoff Realty Company, Inc., Appellant.— Motion to dismiss appeal denied on condition that appellant pay to the respondent ten dollars costs within ten days, perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Rose M. Palmer and Lillian Palmer, Appellants, v. Rotary Realty Company, Inc., and Others, Respondents.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Frederick C. Sturmer, Respondent, v. Samuel S. Jones, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Motion for extension of time to file complete record denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Susquehanna Steamship Company, Inc., Respondent, v. A. O. Andersen & Company, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Town of Mamaroneck and Another, Appellants, v. Village of Mamaroneck and Others, Appellants. New York Interurban Water Company and Others, Respondents.— Motion for reference to ascertain damages denied, without costs, without prejudice of renewal after the decision of the Court of Appeals. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Town of Mamaroneck and Another, Appellants, v. Village of Mamaroneck and Others, Appellants. New York Interurban Water Company and Others, Respondents.— Motion for reference to ascertain damages denied, without costs, without prejudice to renewal after the decision of the Court of Appeals. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

James Walker, Respondent, v. P. Trainor Company, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Amber Realty Company, Appellant, v. Sol J. Ellerin and Abraham Ellerin, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Ernest T. Baldwin, an Infant, under the Age of Fourteen Years, by Hannah Baldwin, His Guardian ad Litem, Appellant, v. Frederick P. Hamilton, as President of the Suburban Fire Insurance Exchange, a Voluntary Association, Respondent. (Action No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think that under the circumstances of this case, there being no proof that plaintiff is vexatiously pur-